**2008–0331.  State v. Harrison.**

Madison App. No. CA2006–08–028, 2007-Ohio-7078. On motion for stay of sentence and for appeal bond. Motion granted.

O'DONNELL, J., dissents.

CUPP, J., not participating.

**2008–0972.  Stetter v. R.J. Corman Derailment Servs., L.L.C.**

Certified Questions of State Law, United States District Court, Northern District of Ohio, Western Division, Case No. 3:07CV866. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the following questions:

1. Is R.C. § 2745.01, as amended by Senate Bill 80, effective April 7, 2005, unconstitutional for violating the right to trial by jury?

2. Is R.C. § 2745.01, as amended by Senate Bill 80, effective April 7, 2005, unconstitutional for violating the right to a remedy?

3. Is R.C. § 2745.01, as amended by Senate Bill 80, effective April 7, 2005, unconstitutional for violating the right to an open court?

4. Is R.C. § 2745.01, as amended by Senate Bill 80, effective April 7, 2005, unconstitutional for violating the right to due process of law?

5. Is R.C. § 2745.01, as amended by Senate Bill 80, effective April 7, 2005, unconstitutional for violating the right to equal protection of the law?

6. Is R.C. § 2745.01, as amended by Senate Bill 80, effective April 7, 2005, unconstitutional for violating the separation of powers.

7. Is R.C. § 2745.01, as amended by Senate Bill 80, effective April 7, 2005, unconstitutional for conflicting with the legislative authority granted to the General Assembly by § 34 and § 35, Article II, of the Ohio Constitution?

8 Does R.C. § 2745.01, as amended by Senate Bill 80, effective April 7, 2005, do away with the common law cause of action for employer intentional tort?

**2008–0991.  Chojnacki v. Rogers.**

Warren App. No. CA2008–03–040. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Entry filed May 5, 2008:

"[W]hether a decision denying a request for appointment of counsel in a reclassification hearing held pursuant to Ohio's version of the Adam Walsh Act, Senate Bill 10, is a final appealable order."

O'DONNELL, J., dissents.

The conflict case is *King v. State* (Mar. 19, 2008), Miami App. No. 2008–CA–2.

Sua sponte, cause consolidated with 2008–0992, *Chojnacki v. Rogers*, Warren App. No. CA2008–03–040.

**2008–1056.  Washington Mut. Bank v. Beatley.**

Franklin App. No. 06AP–1189, 2008-Ohio-1679. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed May 20, 2008:

"When a trial court dismisses a plaintiff's action for lack of capacity to maintain an action, does R.C. 1703.29 prevent the plaintiff from appealing that decision?"

O'DONNELL, J., dissents.

The conflict case is *Quality Internatl. Ents., Inc. v. IFCO Sys. N. Am., Inc.*, Summit App. No. 23131, 2006-Ohio-51.